UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ELAN PORTNOY**, <br><br> Plaintiff, <br><br> v. <br><br> **GLEN DALPIS a/k/a RUDI PROTRUDI**, **THE FUZZTONES**, <br> and **SOUNDEXCHANGE, INC.**, <br><br> Defendants. | **COMPLAINT AND JURY DEMAND** <br><br> Civil Action No. _____ |

## INTRODUCTION

1. Plaintiff Elan Portnoy was the original lead guitarist of The Fuzztones. The Fuzztones are a well-known garage rock band that Mr. Portnoy founded with Defendant Glen Dalpis in New York City in 1982. Mr. Dalpis is The Fuzztones' lead singer and rhythm guitarist and has used the stage name Rudi Protrudi. The other three original members of The Fuzztones were keyboardist Carol Leland (who used the stage name Deb O'Nair), bassist Michael Jay, and drummer Ira Elliot. Mr. Portnoy played with The Fuzztones for the band's critical first three years. During Mr. Portnoy's tenure with The Fuzztones the band experienced commercial success—largely due to the debut album *Lysergic Emanations*, which Mr. Portnoy co-produced with Dalpis and which featured Mr. Portnoy's guitar playing and songwriting. *Lysergic Emanations* has never been out of print and is available for streaming on the major streaming services such as Spotify and Apple Music.

2. In the years since The Fuzztones were formed, Defendant Dalpis has profited from Mr. Portnoy's work without providing any compensation to Mr. Portnoy. Mr. Dalpis has

1

continued to perform and record as The Fuzztones with sidemen who are not actual members of the band. Mr. Dalpis has regularly re-released and sold Fuzztones recordings that feature Mr. Portnoy's performances, images, and likenesses. Mr. Dalpis has collected royalties for playback of streaming of Fuzztones recordings that feature Mr. Portnoy. Upon information and belief, in the years since Mr. Portnoy left The Fuzztones, Mr. Dalpis has wrongfully collected and retained royalties and other profits generated by the Fuzztones recordings that feature Mr. Portnoy without ever making any distribution to Mr. Portnoy.

3. By this action, Mr. Portnoy seeks compensation and redress for his contributions to The Fuzztones, which have wrongfully enriched Mr. Dalpis.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because diversity of citizenship exists between the parties, and the amount in controversy is greater than $75,000, as detailed *infra*.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims contained herein occurred in the Southern District of New York, as detailed *infra*.

## THE PARTIES

6. Plaintiff Elan Portnoy is an individual domiciled in Kansas.

7. Defendant Glen Dalpis is a United States citizen who, upon information and belief, is domiciled in Germany. Upon information and belief, Dalpis regularly does business in New York and elsewhere in the United States, including selling recorded music (including recordings that feature Mr. Portnoy) and collecting royalties for such recordings.

8.  Defendant The Fuzztones ("The Fuzztones") is a partnership that Mr. Portnoy, Mr. Dalpis, keyboardist Carol Leland, bassist Michael Jay, and drummer Ira Elliot formed in 1982 in New York City under New York law. The Fuzztones partnership agreement was oral. The partnership's purpose was to pursue a business as a performing and recording musical group specialized in a form of music known as garage rock.

9.  Mr. Dalpis is the only original Fuzztones partner who has continued to record and perform as The Fuzztones. Mr. Dalpis employs sidemen who are not Fuzztones partners when recording and performing as The Fuzztones.

10. Defendant SoundExchange, Inc. ("SoundExchange") is a nonprofit corporation incorporated in Delaware with its principal place of business in the District of Columbia, but doing business on a regular basis in New York.

## FACTUAL ALLEGATIONS

**Formation of Fuzztones Band Partnership**

11. Mr. Portnoy, Mr. Dalpis, and the other Fuzztones formed The Fuzztones band and partnership to play 1960s style "garage rock." In 1982, that type of music was not in vogue and the Fuzztones initially played at small bars and venues in New York City's underground music scene. However, over time, garage rock and the Fuzztones grew in popularity. The Fuzztones were a leader in this garage rock revival.

12. When they formed The Fuzztones, the members did not sign a written partnership agreement. They operated under an oral understanding—evidenced by their conduct—that they were equal partners. Each of the five members contributed equally to the band's finances and the work needed to achieve success.

3

13. Among other things, The Fuzztones agreed when the band was in its early stages and not making much money that revenues would be kept in a "band fund" to pay expenses such as rehearsal space, vehicle rentals, and recording costs. Mr. Dalpis and Ms. Leland managed the "band fund."

14. The Fuzztones agreed that once expenses were covered, profits would be distributed equally to the five members. But in the band's early years, Mr. Dalpis and Ms. Leland did not distribute any profits to Mr. Portnoy, advising him that there were no profits.

15. After recording and performing for several years, The Fuzztones developed a significant fan base, especially in Europe, and their revenues increased. However, Mr. Dalpis and Ms. Leland never made profit distributions to Mr. Portnoy.

**Fuzztones Recordings Featuring Mr. Portnoy**

16. The Fuzztones released an EP called *Leave Your Mind At Home* in 1984 on a New York City-based independent label. The following year The Fuzztones released a second EP with Screamin' Jay Hawkins called *Screamin' Jay Hawkins & The Fuzztones*.

17. The Fuzztones then recorded a debut LP called *Lysergic Emanations*, which Mr. Portnoy co-produced with Mr. Dalpis. The album was picked up by U.K. and U.S. record labels in 1985. The U.K. record label (ABC Records) gave The Fuzztones a monetary advance on record sales, but Mr. Dalpis and Ms. Leland held the advance in the band fund and did not distribute it. In fact, they never distributed Mr. Portnoy's share to him. Upon information and belief, Mr. Dalpis wrongfully converted Mr. Portnoy's profit share.

18. *Lysergic Emanations* sold well in Europe and charted on independent record charts in the United Kingdom. As a result, The Fuzztones earned substantial royalties. However, Mr. Dalpis never distributed Mr. Portnoy's share of the royalties to him. Rather, upon

4

information and belief, Mr. Dalpis misappropriated Mr. Portnoy's royalties from sales of countless albums, including but not limited to *Lysergic Emanations* and the other titles referenced *infra*.

**Mr. Portnoy Leaves the Fuzztones Due to Mr. Dalpis's Breaches**

19. Later in 1985, after a three-month European tour, Mr. Portnoy and Mr. Elliot left the band. They had concluded that Mr. Dalpis was not recognizing their contributions to The Fuzztones' success and was not distributing profits fairly. Mr. Portnoy decided to spend his time on other projects for which he would be fairly recognized and compensated.

20. In short, Mr. Dalpis had breached the band's oral partnership agreement, under which each member was an equal partner.

21. Before Mr. Portnoy's departure, all five members of The Fuzztones signed a contract with Pink Dust Records for a reissuance of *Lysergic Emanations* in the Netherlands. The album was reissued in 1986. At some time before the reissue, Pink Dust Records paid a $10,000 advance to The Fuzztones. Mr. Dalpis, Ms. Leland, and Mr. Jay split this advance among themselves and did not pay Mr. Portnoy or Mr. Elliot their shares, despite the fact that they had also signed the contract with Pink Dust Records and were part of The Fuzztones partnership that had earned the advance.

22. In 1987, The Fuzztones released a double live album, *Live in Europe!*, that consisted of recordings that featured Mr. Portnoy and the other original band members.

**Mr. Dalpis Misappropriates Mr. Portnoy's Royalties**

23. Mr. Dalpis moved to Los Angeles in 1987 and recruited new musicians to perform as The Fuzztones. Mr. Dalpis later moved to Europe, where he recruited European musicians to perform under the Fuzztones name. Upon information and belief, Mr. Dalpis

currently resides in Berlin, Germany. Mr. Dalpis continues to record music and play live under the Fuzztones name. Mr. Dalpis continues to re-release Fuzztones recordings on which Mr. Portnoy performed, but retains all revenues and profits from the sale and licensing of such recordings for himself, misappropriating Mr. Portnoy's share.

24. Indeed, The Fuzztones' most popular music remains the recordings on which Mr. Portnoy performed. *Lysergic Emanations* remains the only Fuzztones album to have charted. Four of the band's top five most-played songs on the Spotify streaming service are from the *Lysergic Emanations* album.

25. Mr. Portnoy has never received any compensation from sales or licensing of *Lysergic Emanations* or other Fuzztones recordings on which he performed.

26. In the 40 years since *Lysergic Emanations* was released in 1985, Mr. Dalpis has made a career based on that album and other recordings by the original Fuzztones. Later versions of The Fuzztones organized by Mr. Dalpis continue to perform songs Mr. Portnoy composed and arranged. Mr. Dalpis regularly remasters and re-releases songs that feature Mr. Portnoy. Upon information and belief, Mr. Dalpis has instructed new guitar players with The Fuzztones to imitate Mr. Portnoy's guitar playing.

27. According to Discogs.com, the band's first EP, *Leave Your Mind At Home*, on which Mr. Portnoy is featured, has been released at least six times since its original release in 1984, including a 2024 Italian release.[1] Mr. Dalpis signed each of these deals for The Fuzztones, without seeking or obtaining the consent of Mr. Portnoy. Upon information and belief, Mr. Dalpis falsely warrants and represents that he has authority to sign on behalf of the entire band/partnership and pockets all profits.

---

[1] *Discogs.com*, "The Fuzztones," https://www.discogs.com/artist/264245-The-Fuzztones (last accessed May 29, 2025).

28. According to Discogs.com, The Fuzztones' first studio album *Lysergic Emanations* has been re-released at least 14 times, including a 2024 Italian release.[2] *Screamin' Jay Hawkins & The Fuzztones* has been released as an EP and later as an LP with bonus material at least four times, including a 2019 Italian release.[3] *Live in Europe!* has been re-released at least eight times, including a 2023 German release.[4] Mr. Dalpis signed each of these record deals without seeking or obtaining Mr. Portnoy's consent (or the consent of the other original band members featured on the recordings). Upon information and belief, Mr. Dalpis falsely represented that he had authority to sign on behalf of the entire band but then pocketed all profits for himself.

29. Mr. Portnoy has never received any compensation from Mr. Dalpis's releases of *Leave Your Mind At Home, Lysergic Emanations*, or *Live in Europe!*, or of any other The Fuzztones title on which he is featured.

30. Mr. Dalpis continues to profit from contributions by Mr. Portnoy to the present day. In addition to re-releasing Fuzztones records, Dalpis "remasters" recordings that feature Mr. Portnoy and releases them for sale on Bandcamp, a website that allows bands to sell music directly to consumers. Mr. Dalpis retains all revenues and profits from such sales.

31. In August 2023, Mr. Dalpis was interviewed by an online magazine, *It's Psychedelic Baby*. In that interview, Mr. Dalpis detailed his plans to continue profiting from music made by Mr. Portnoy. With respect to an unreleased cassette recording that included Mr. Portnoy, Protrudi said "I may remaster that and sell it digitally on our Bandcamp page[.]"[5]

---

[2] *Id.*
[3] *Id.*
[4] *Id.*
[5] *It's Psychedelic Baby*, "The Fuzztones | Rudi Protrudi | Interview," Aug. 1, 2023 https://www.psychedelicbabymag.com/2023/08/the-fuzztones-rudi-protrudi-interview.html (last accessed Apr. 10, 2025).

32. In the same interview, Mr. Dalpis provided a link to a Bandcamp page on which Mr. Dalpis makes digital versions of The Fuzztones albums available for purchase and download—including *Lysergic Emanations*, which Mr. Dalpis sells for seven Euros.[6]

33. Mr. Dalpis's Bandcamp page offers for sale other archival recordings that feature Mr. Portnoy, including *Live at Great Gildersleeves, NYC 1982*; *Trippin' with The Fuzztones*; *Leave Your Mind At Home (in stereo!)*; *Live at CBGB 1982*; *Live at the Dive '85*; *Live in Amsterdam 1985*; *Fuzztones Live in Lyon, France '85*; *Alive and Deadly*; and *Bad News Travels Fast (Unreleased)*. Mr. Dalpis uses cover art for some of these recordings that features Mr. Portnoy's likeness.[7]

34. Upon information and belief, *Trippin' with The Fuzztones* is the unreleased cassette album that Dalpis referred to in the *It's Psychedelic Baby* interview. The album's description on Bandcamp describes it as "a rehearsal session with Rudi, Michael Jay, Elan [Portnoy] and original drummer Michael Phillips," with "Deb O'Nair . . . on two of the tracks."[8]

35. Mr. Dalpis has released these albums on Bandcamp since 2020, listing Mr. Portnoy as a contributing artist. Upon information and belief, the sales of these recordings has generated substantial profits for Mr. Dalpis.

36. In 2025, a documentary entitled *The Fuzztones vs. The World* was released. The film largely focuses on Mr. Dalpis, but it features Mr. Portnoy's name, image, likeness, and voice. The documentary has undoubtedly boosted sales and streaming of The Fuzztones' music, and the most successful Fuzztones music is the early recordings that feature Mr. Portnoy. Upon

---

[6] *Bandcamp*, "Lysergic Emanations by The Fuzztones," https://thefuzztones1.bandcamp.com/album/lysergic-emanations (last accessed Apr. 10, 2025).
[7] *See generally Bandcamp*, "The Fuzztones," https://thefuzztones1.bandcamp.com/ (last accessed Apr. 10, 2025).
[8] *Bandcamp*, "Trippin' with The Fuzztones," Dec. 11, 2023 https://thefuzztones1.bandcamp.com/album/trippin-with-the-fuzztones (last accessed Apr. 10, 2025).

information and belief, Mr. Dalpis signed a contract with the film's producer and director in which Mr. Dalpis agreed to compensate the other artists, such as Mr. Portnoy, who appear in the film. Following the film's release, Mr. Dalpis refused to honor this agreement, leading to a falling-out between the director, Danny Garcia, and Mr. Dalpis.

37. From 1982 to the present, Mr. Dalpis has earned substantial profits from Fuzztones recordings that feature Mr. Portnoy but has failed to pay Mr. Portnoy his fair share of those profits. Mr. Dalpis's wrongful aggrandizement of sole credit for Mr. Portnoy's Fuzztones work is epitomized by the title of Mr. Dalpis' 2016 autobiography: *The Fuzztone*. Furthermore, Mr. Dalpis' autobiography contains salacious, false, and libelous assertions that are intended to damage Mr. Portnoy's reputation.

**SoundExchange Fails to Pay Mr. Portnoy's Royalties**

38. In addition to Mr. Dalpis's sales of Fuzztones recordings, the band's music has been licensed to Spotify and other streaming and downloading services. A large and ever-growing portion of music consumption today takes place using these services. Each service is responsible for paying royalties to artists whose work is played on their platforms.

39. SoundExchange is a Washington, D.C.-based non-profit organization that collects and distributes digital performance royalties for non-interactive streaming services, such as Pandora and SiriusXM, in addition to other digital performances. Upon information and belief, at Mr. Dalpis's direction, SoundExchange remitted all royalties generated by Fuzztones music exclusively to Mr. Dalpis and wrongfully failed and refused to divide royalties between Mr. Dalpis and Mr. Portnoy and the other band members.

40. Upon information and belief, Mr. Dalpis informed SoundExchange he was entitled to 100 percent of royalties intended for distribution to The Fuzztones. SoundExchange never questioned Mr. Dalpis's claim and sent him 100 percent of royalties over many years.

41. Upon information and belief, no other member of The Fuzztones besides Mr. Dalpis has received any payments from SoundExchange due to Mr. Dalpis's false representations.

42. Mr. Portnoy demanded that SoundExchange pay him his fair share of Fuzztones royalties. Despite the fact that Mr. Portnoy's role in the Fuzztones is clear, well-documented, and admitted, SoundExchange refused to pay him his royalties. SoundExchange told Mr. Portnoy that because there was no agreement among the competing rights holders, SoundExchange could not distribute Mr. Portnoy's earned royalties to him. SoundExchange advised Mr. Portnoy that in order to be paid his royalties held by SoundExchange, he needed to enter into an agreement with Mr. Dalpis or obtain a court order that established his rights to his royalties.

43. SoundExchange adopted this position only after remitting all Fuzztones royalties for years to Mr. Dalpis alone, despite the fact that it was clear that Mr. Portnoy was a full-fledged member of The Fuzztones and had played a critical role in the underlying recordings.

## CAUSES OF ACTION

### Count One: Breach of Contract
*(Defendant Dalpis)*

44. Mr. Portnoy realleges and incorporates all prior paragraphs of this Complaint as if set fully forth herein.

45. When The Fuzztones were formed in 1982, Mr. Dalpis, Mr. Portnoy, and the other band members entered into a valid and binding oral partnership under which the members agreed to contribute equally to the Fuzztones' partnership and to share profits equally.

46. The original Fuzztones partnership agreement has never been terminated. It remains in effect. Mr. Portnoy has never surrendered rights to sound recordings, performances, images, videos, or compositions.

47. Defendant Dalpis repeatedly breached the partnership agreement by failing to share royalties and other payments he received on account of Fuzztones recordings that featured Mr. Portnoy.

48. Mr. Portnoy has suffered monetary damages as a result of Mr. Dalpis's breaches in an amount to be proven at trial, but in any event no less than $100,000.

**Count Two: Unjust Enrichment**
*(Defendants Dalpis and The Fuzztones)*

49. Mr. Portnoy realleges and incorporates all prior paragraphs of this Complaint as if set fully forth herein.

50. In the years since Messrs. Portnoy andDalpis and their bandmates formed the Fuzztones partnership, Mr. Dalpis and The Fuzztones have benefitted financially from recordings that featured Mr. Portnoy. Mr. Portnoy provided value to Mr. Dalpis and The Fuzztones by performing as a guitarist on every song made during his time in the band, as well as by writing and producing songs. The fact that the most popular and presumably profitable Fuzztones recordings have always been those that feature Mr. Portnoy evidences the importance and value of his contributions to the band.

51. Mr. Dalpis has retained all profits generated by Fuzztones recordings featuring Mr. Portnoy and has never paid Mr. Portnoy his fair share of the profits. The Fuzztones and Mr.

Dalpis have been unjustly enriched by the retention of Mr. Portnoy's share of the profits. It would be against equity and good conscience to allow Mr. Dalpis and The Fuzztones to retain the benefits of this enrichment without compensating Mr. Portnoy.

52. As a result, Mr. Portnoy has suffered monetary damages in an amount to be proven at trial, but in any event no less than $100,000.

**Count Three: Misappropriation of Name, Image, Likeness, and Voice (NY CVR § 51)**
*(Defendants Dalpis and The Fuzztones)*

53. Mr. Portnoy realleges and incorporates all prior paragraphs of this Complaint as if set fully forth herein.

54. Since The Fuzztones were formed, Mr. Dalpis and The Fuzztones have benefited financially from the recordings that featured Mr. Portnoy's performances, including, but not limited to, recordings of songs Mr. Portnoy wrote and recordings Mr. Portnoy produced.

55. In addition to recordings in which Mr. Portnoy played a key role, Mr. Dalpis and The Fuzztones have earned profits by misappropriating Mr. Portnoy's name, image, and likeness on album covers, promotional materials, social media, and other forms of media and expression for advertising and trade purposes.

56. As a result, Mr. Portnoy is entitled to injunctive relief and monetary damages in an amount to be proven at trial, but in any event no less than $100,000.

**Count Four: Breach of Fiduciary Duty**
*(Defendant Dalpis)*

57. Mr. Portnoy realleges and incorporates all prior paragraphs of this Complaint as if set fully forth herein.

58. Mr. Dalpis was Mr. Portnoy's partner in the Fuzztones. He therefore owed Mr. Portnoy common law fiduciary duties under the laws of New York State.

59. Mr. Dalpis breached his fiduciary duties to Mr. Portnoy by misappropriating profits owed to Mr. Portnoy from sales and licensing of recordings that featured Mr. Portnoy's performance or involved songs written or produced by Mr. Portnoy.

60. As a result, Mr. Portnoy has suffered monetary damages in an amount to be proven at trial, but in any event no less than $100,000.

## Count Five: Declaratory Judgment
*(Defendants Dalpis, The Fuzztones, and SoundExchange)*

61. Mr. Portnoy realleges and incorporates all prior paragraphs of this Complaint as if set fully forth herein.

62. An actual controversy exists between Mr. Portnoy and SoundExchange because SoundExchange has refused to distribute royalties to Mr. Portnoy for songs that feature his work despite Mr. Portnoy's due and lawful demand for such distribution. SoundExchange also refused to account to Mr. Portnoy for its distribution to Mr. Dalpis of royalties actually owed to Mr. Portnoy.

63. An actual controversy exists between Mr. Portnoy and Mr. Dalpis and The Fuzztones because Mr. Dalpis has inveigled SoundExchange into distributing to Mr. Dalpis royalties owed to Mr. Portnoy in connection with his role in The Fuzztones and has failed and refused to account to Mr. Portnoy for these misappropriated royalties.

64. Mr. Portnoy seeks declaratory relief in the form of a declaration by the Court of his rights to royalties for Fuzztones songs that feature him that have been recorded, released, and re-released since he joined the band in 1982.

65. A declaratory judgment is appropriate because it would resolve the controversies between Mr. Portnoy and SoundExchange and between Mr. Portnoy and Mr. Dalpis and The Fuzztones. It would furthermore resolve future disputes that may arise due to Mr. Dalpis's

misappropriation of Fuzztones royalties owed to other Fuzztones members, including Mr. Portnoy.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully requests that the Court grant the following relief:

a. Direct and consequential damages against Defendants in an amount to be proven at trial, but in any event, no less than $100,000, plus pre- and post-judgment interest at the maximum rate allowable by law;

b. A permanent injunction pursuant to New York Civil Rights Law section 51 barring Mr. Dalpis and The Fuzztones from using Mr. Portnoy's name, image, likeness, or voice without his permission and without an agreement to compensate him for such usage;

c. A declaratory judgment determining Mr. Portnoy's rights to royalties for The Fuzztones songs featuring him that have been recorded and released since he joined the band in 1982;

d. Attorney's fees and expenses; and

e. Any other such relief as the Court may deem appropriate.

Dated: August 29, 2025
New York, New York

Respectfully submitted,

**STEPTOE LLP**

/s/ Chris Paparella
Chris Paparella
Justin Ben-Asher
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900

cpaparella@steptoe.com
jbenasher@steptoe.com

B. Gammon Fain (*pro hac vice* forthcoming)
1330 Connecticut Avenue NW
Washington, District of Columbia 20036
(202) 429-3000
gfain@steptoe.com

*Counsel for Plaintiff*
*Elan Portnoy*